IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
99 DEC 14 AM 8:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
DEC 1 4 1999

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NUMBER: |
| | ) 99-C-2256-S |
| FRANK R. TAPSCOTT, TAPSCOTT CONSTRUCTION CO., INC., et al., | ) |
| Defendants. | ) |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW ON MOTION FOR DEFAULT JUDGMENT AGAINST FRANK R. TAPSCOTT AND TAPSCOTT CONSTRUCTION COMPANY

Based on plaintiff's verified Motion for Default, the Court makes the following Findings of Fact.

1. Defendants Frank R. Tapscott and Tapscott Construction Company were served by certified mail on September 7, 1999.

2. More than twenty (20) days have elapsed since defendants were served with process, and they have failed to answer or otherwise respond to the complaint.

3. Defendants are neither infants or incompetent persons.

Based on these Findings, the Court concludes that Frank R. Tapscott and Tapscott Construction Company have defaulted.

Done this 13th day of December, 1999.

                                                  United States District Judge
                                                          U. W. Clemon